UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:05-CR-89 |
| V. ) | (JARVIS/SHIRLEY) |
| ) | |
| ) | |
| JEREMY DALTON ) | |

## MEMORANDUM AND ORDER

The defendant appeared on a revocation hearing of his pretrial release on March 3, 2006. Robert Simpson, Assistant United States Attorney, was present representing the government and Jonathan Moffatt, Assistant Federal Defender, was present representing the defendant.

The defendant was released pursuant to an Order Setting Conditions of Release on August 3, 2005. Conditions of defendant's release included that he appear at all proceedings as required, not commit another federal, state, or local crime while on bond in federal court, the defendant shall immediately advise the Court, defense counsel, and the United States Attorney in writing of any change in residence, that he report to Pretrial Services as directed, travel is restricted to Middle District of Tennessee and the Eastern District of Tennessee unless prior permission is obtained from Pretrial Services,

A petition for action on conditions of pretrial release has been filed by defendant's pretrial services officer on December 7, 2005, stating the following violations: that the defendant has not called Pretrial Services since August 19, 2005 and the defendant has not maintained his place of residency at his grandmother's home, and at that time, the defendant's whereabouts were unknown. The defendant was arrested in Nashville, Tennessee. At the 18 U.S.C. § 3148

hearing on March 3, 20063, Jonathan Moffatt, counsel for the defendant, stated that the defendant wished to waive his right to a revocation hearing and signed the appropriate waiver.

Accordingly, this Court finds that pursuant to 18 U.S.C. § 3148, there is probable cause to believe that the defendant committed a Federal, State, or Local crime while on release and that there is clear and convincing evidence that the defendant has violated any other conditions of release. The Court also finds that there no conditions or combination of conditions of release will assure that the defendant will not flee or pose a danger to the safety of another person and that the defendant is unlikely to abide by any conditions or combination of conditions of release. Therefore, the order setting conditions of release is hereby **REVOKED** and the defendant is remanded to the custody of the United States Marshal pending his trial on **May 5, 2006**, at **9:00 a.m.,** before the **Honorable James H. Jarvis**, United States District Judge. His appearance bond is hereby **CANCELLED**.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge